No. D–1082. IN RE DISBARMENT OF SOLODKY. Disbarment entered. [For earlier order herein, see 502 U. S. 1087.]

No. D–1083. IN RE DISBARMENT OF GATTSEK. Disbarment entered. [For earlier order herein, see 502 U. S. 1087.]

No. D–1109. IN RE DISBARMENT OF PRESNICK. It is ordered that Daniel V. Presnick, of Orange, Conn., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1110. IN RE DISBARMENT OF HANSEN. It is ordered that Phil L. Hansen, of Salt Lake City, Utah, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1111. IN RE DISBARMENT OF TESSLER. It is ordered that Harvey Tessler, of St. Louis, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1112. IN RE DISBARMENT OF WHITE. It is ordered that Ivan Vance White, Jr., of Wilmington, N. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1113. IN RE DISBARMENT OF DAVIS. It is ordered that Hilton Davis, of Newark, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1114. IN RE DISBARMENT OF HARRISON. It is ordered that Gladys E. Harrison, of Cleveland, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–1115. IN RE DISBARMENT OF D'ALBORA. It is ordered that John B. D'Albora, of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable